# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501-3819

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Javier Chairez
aka Harvey Chairez

**BANKRUPTCY NO.** 6:10-bk-23290-DS

**CHAPTER** 13

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-5186
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 7/14/10

**JOINT DEBTOR INFORMATION:**
Yvonne Rodriguez Chairez

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-9592
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 7/14/10

**Address:**
31263 Capistrano Ln.
Mentone, CA 92359

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and

(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: July 14, 2010

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court

(Form od13a VAN-150) Rev. 03/09

**19 / SRG**